IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            Case No. 1:15cr25-MW/GRJ

GUSTAVO JUAN MAS,

        Defendant.
_____/

## ORDER ACCEPTING GUILTY PLEA

This Court has considered the magistrate judge's report and recommendation to accept Defendant's guilty plea to Count 1 of the indictment. ECF No. 22. There are no objections before this Court. Defendant's guilty plea to Count 1 of the indictment is **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**SO ORDERED on January 22, 2016.**

                                      s/Mark E. Walker          
                                      **United States District Judge**